Prob 12
(Rev. 3/88)

SCANNED

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Timothy Lynn Boris**          **Docket Nos. 94-00134-001 and 94-00254-001**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Timothy Lynn Boris, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 3rd day of March, 1995, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- At Criminal No. 94-00134-001, shall pay restitution in the amount of $1,097 and a $50 special assessment, not later than the term of the termination of the defendant's supervised release.
- At Criminal No. 94-00254-001, shall pay restitution in the amount of $6,766 and a $100 special assessment, not later than the term of the termination of the defendant's supervised release.
- Shall not illegally possess a controlled substance and shall refrain from alcohol.
- Shall participate in a program for substance abuse as directed by the U.S. Probation Office, if it is determined he has reverted to the use of illegal drugs. The defendant will remain in any such program until he is released from it by the probation office.
- Shall not possess a firearm or destructive device.

03-03-95:   Bank Robbery (Counts 1 and 2, Criminal No. 94-00254-001); Armed Bank Robbery (Count 3, Criminal No. 94-00134-001); 120 months' concurrent imprisonment, to be served consecutively to an unrelated state sentence, followed by 5 years' concurrent supervised release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that verification of the supervised releasee's death was obtained from the Pennsylvania Department of Corrections, Mercer, Pennsylvania. Records reflect that the date of death was September 11, 1996. The defendant was the victim of a homicide perpetuated by another inmate.

2007 JUN 28 PM 3:19
U S DISTRICT COURT
CLERK

U.S.A. vs. Timothy Lynn Boris
Docket Nos. 94-00134-001 and 94-00254-001
Page 2

PRAYING THAT THE COURT WILL ORDER the supervision at Criminal Nos. 94-00134-001 and 94-00254-001 be terminated and the cases be marked closed.

**ORDER OF COURT**

Considered and ordered this 2nd day of July, 2007, and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 28, 2007

_____
Eric S. Lawson
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania

cc: All Counsel
US Probation
US Marshal